In the Matter of the DISTRICT JUDGE VACANCY IN JUDGESHIP NO. 4 IN the CHAMBER AT BISMARCK, SOUTH CENTRAL JUDICIAL DISTRICT.

No. 940026.

Supreme Court of North Dakota.

Feb. 17, 1994.

## ORDER

Section 27–05–02.1, N.D.C.C., requires a decision by the Supreme Court within 90 days after notification by the Governor of a district court vacancy, and requires an order that:

a. the vacancy be filled; or,

b. the vacant office be transferred; or,

c. the vacant office be abolished.

On January 21, 1994, the Supreme Court received notification from Governor Edward T. Schafer that a vacancy in Bismarck will result from the resignation of the Honorable Gerald G. Glaser as judge of the district court on May 1, 1994. A hearing and consultation with judges and attorneys of the South Central Judicial District took place in the Supreme Court courtroom on February 16, 1994.

This order is based on the determination that the office is necessary for effective judicial administration under Section 27–05–02.1, N.D.C.C., notwithstanding the reduction of the number of judges required by Section 27–05–01, N.D.C.C.

IT IS THEREFORE ORDERED, that this vacant office of district judge at Bismarck be filled.

/s/ Gerald W. Vande Walle
GERALD W. VANDE WALLE,
Chief Justice

/s/ Herbert L. Meschke
HERBERT L. MESCHKE,
Justice

/s/ Beryl J. Levine
BERYL J. LEVINE,
Justice

/s/ William A. Neumann
WILLIAM A. NEUMANN
Justice

/s/ Dale V. Sandstrom
DALE V. SANDSTROM,
Justice

In the Matter of the DISTRICT JUDGE VACANCY IN the CHAMBER AT BOTTINEAU IN the NORTHEAST JUDICIAL DISTRICT.

No. 930010.

Supreme Court of North Dakota.

April 5, 1993.

## ORDER

H.B. 1517 of the 1991 Legislative Assembly, codified as ch. 326, North Dakota Session Laws, Section 27–05–02.1, N.D.C.C., requires a decision by the Supreme Court within 90 days after notification by the Governor of a district court vacancy, and requires an order that:

a. the vacancy be filled; or,

b. the vacant office be transferred; or,

c. the vacant office be abolished.

On January 5, 1993, the Supreme Court received notification from the Honorable Edward T. Schafer, Governor, that a vacancy at Bottineau resulted from the resignation of the Honorable William A. Neumann as judge of the district court upon his taking office as a Justice of the North Dakota Supreme Court. A hearing was held before the Honorable Vernon R. Pederson, Surrogate Judge, sitting as a Hearing Officer, in Bottineau on March 15, 1993. Consultation with judges and attorneys of the Northeast Judicial District took place in the Supreme Court Courtroom on March 24, 1993.

This order is based on the determination that the office is not necessary for effective judicial administration only when considered in the context of the reduction of the number

of judges required by Section 27–05–01(2), N.D.C.C.

IT IS THEREFORE ORDERED, that this vacant office of district judge at Bottineau be abolished effective immediately.

/s/ Gerald W. Vande Walle
    GERALD W. VANDE WALLE,
    Chief Justice

/s/ Herbert L. Meschke
    HERBERT L. MESCHKE,
    Justice

/s/ Beryl J. Levine
    BERYL J. LEVINE,
    Justice

/s/ Dale V. Sandstrom
    DALE V. SANDSTROM,
    Justice

The Honorable WILLIAM A. NEUMANN, Justice, deeming himself disqualified, did not participate.